# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2274 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 79 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 203367 |
| | : | |
| JOSHUA LAWRENCE GAYL, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2018, upon consideration of the Verified Statement of Resignation, Joshua Lawrence Gayl is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, retroactive to June 3, 2016. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).